# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

Regina Autrey,

                    Plaintiff,

-vs-                                                                Case No.  2:10-cv-410-FtM-36SPC

Michael J. Astrue, as Commissioner of Social
Security,

                    Defendant.
_____/

## ORDER

        This matter comes before the Court on periodic review.  On July 2, 2010, this Court granted

Plaintiff's Motion to Proceed *In Forma Pauperis* and directed the Clerk of Court to mail service

forms to Plaintiff's counsel.  On July 12, 2010 and July 26, 2010, Plaintiff's counsel returned

incomplete service forms to the Clerk.  Apparently Plaintiff's counsel is neglecting to include her

name and address on the form as required by Federal Rule of Civil Procedure 4(a)(1)(C).  New

service forms have been resent to counsel.  Accordingly, it is now

        **ORDERED:**

        Plaintiff's counsel is directed to return the completed service forms to the Clerk by **August**

**18, 2010** in compliance with Federal Rule 4.  Failure to do so could result in Plaintiff's IFP status

being revoked.

        **DONE AND ORDERED** at Fort Myers, Florida, this   11th   day of August, 2010.

                                        SHERI POLSTER CHAPPELL
                                        UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record