UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

REGINA AUTREY,

    Plaintiff,

v.                                             Case No:  2:10-cv-00410-FtM-36SPC

MICHAEL J. ASTRUE, as Commissioner
of Social Security,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court on the Report and Recommendation of United States Magistrate Judge Sheri Polster Chappell (Doc. 23), filed on February 7, 2011.  In her Report and Recommendation, Judge Chappell recommends that the Court grant  Defendant's Motion for Entry of Judgment with Remand (Doc. 22) in order for the agency to take further administrative action.  Specifically, Defendant states, and Judge Chappell agrees, that a hearing before the Administrative Law Judge is appropriate in order to consider Plaintiff's 2007 disability application and to clarify whether Plaintiff's alleged onset date is September 1, 2002 or July 1, 2007.  No objections have been filed, and the time for doing so has expired.  Finding good cause, the Court will remand the matter.    Accordingly, it is now **ORDERED AND ADJUDGED**:

    1.    The Magistrate Judge's Report and Recommendation (Doc.23) is **ADOPTED, CONFIRMED** and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2. Defendant's Motion for Entry of Judgment with Remand (Doc. 22) is **GRANTED.** The decision of the Commissioner is hereby reversed and the case is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. §405(g) and §1383(c)(3) in order for the agency to take appropriate action to consider Plaintiff's claim.

3. The Clerk is directed to enter judgment accordingly and close this file.

**DONE AND ORDERED** at Fort Myers, Florida on March 8, 2011.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Magistrate Judge Sheri Polster Chappell
Counsel of Record